AO 451 (Rev. 01/09)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
09 JUN 17 PM 4:49
SOUTHERN DISTRICT

| | |
|---|---|
| Ben Gutierrez, et al., <br> *Plaintiff* <br> v. <br> Kennedy Machine and Tool, Incorporated <br> *Defendant* | ) 1:09-mc-0091-WTL-TAB <br> ) <br> ) Civil Action No. 2:05-cv-71567 <br> ) <br> ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___07/13/2006___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   06/10/2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BEN GUTTIERREZ, CHRISTINE ALESKI, MYRON SNYDER, Individually and GUTIERREZ - McMULLEN, INC., a Michigan Corporation,

    Plaintiffs/ Counter-Defendants,

v.

BEN KENNEDY, JOYCE KENNEDY, and BRIAN KENNEDY, Individually and KENNEDY MACHINE TOOL, INC., an Indiana Corporation, jointly and severally,

    Defendants/ Counter-Plaintiffs.
_____/

Case No. 05-CV72567
Hon. LAWRENCE P. ZATKOFF
MAGISTRATE WALLACE CAPEL, JR.

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy Clerk
Dated 6-10-09

S. Gary Spicer (P20837)
John D. Mabley (P23228
Law Offices of S. Gary Spicer
Attorneys for Plaintiffs
16845 Kercheval Ave., Suite 5
Grosse Pointe, MI 48230

Mark D. Sassak (P53614)
Deneweth, Dugan & Parfitt, PC
Attorneys for Defendant Kennedy Machine
1175 West Long Lake Rd., Suite 202
Troy, MI 48098
(248) 290-0400

THOMAS M. BEEMAN (No. 4291-45
Co-Counsel for Kennedy Machine & Tool
33 West 10th Street, Suite 200
Anderson, IN 46016
765-640-1330
_____/

## JUDGMENT

Defendant Kennedy Machine & Tool, Inc. having filed an Offer of Judgment in accordance with Fed.R.Civ.P. 68, and Plaintiffs Gutierrez-McMullen, Inc., Ben Gutierrez and Christine Aleski having accepted such offer within the applicable time period,

It is Ordered and Adjudged that Plaintiff Gutierrez-McMullen, Inc. recover of Defendant

Kennedy Machine & Tool, Inc. the sum of Two Hundred Seventy-seven Thousand Three Hundred Forty-four Dollars and Two Cents ($277,344.02), said amount to include all costs, interest and attorney fees through the date of entry of this Judgment;that Plaintiffs Ben Gutierrez and Christine Aleski recover of Defendant Kennedy Machine & Tool, Inc. the sum of One Hundred Forty-four Thousand Dollars ($144,000.00), said amount to include all costs, interest and attorney fees through the date of entry of this Judgment.

Dated at Detroit, Michigan, this 13th day of July, 2006.

s/Lawrence P. Zatkoff
Lawrence P. Zatkoff
United States District Judge
